UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Stephanie Britt            §
                           §    CIVIL NO:
vs.                        §    AU:19-CV-00781-RP
                           §
Walgreen Co.               §

# **LIST OF WITNESSES AT BENCH TRIAL**

| **BY PLAINTIFF** | **BY DEFENDANT** |
|---|---|
| 1. Stephanie Britt | 1. Miguel Arredondo |
| 2. Dr. Kuwamura (video depo) | 2. Dr. Adewale Adeniran |
| 3. Michael Stinson | 3. Dr. Warren Neely |
| 4. Marcus Reading | 4. Robert Cox |
| 5. Charles Britt | 5. Stephen Horner |
| 6. Dr. Zachary Garza (video depo) | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |